IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**RAYMOND CRINER** and
**RENE HILL**,

**Plaintiffs,**

v.

**REGINALD WHITE,**

**Defendant.**                               No. 08-00469-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is White's motion to refund fees paid electronically and strike documents filed (Doc. 2). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **DIRECTS** the Clerk of the Court to refund the filing fees to White's attorney. Further, the Court **STRIKES** the documents filed in this case. The Court **CLOSES** this matter.

**IT IS SO ORDERED.**

Signed this 1st day of July, 2008.

/s/     David R Herndon

**Chief Judge**
**United States District Court**